**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01180-CV

### IN THE INTEREST OF M.A.A. A CHILD

**On Appeal from the 382nd Judicial District Court
Rockwall County, Texas
Trial Court Cause No. 01-09-843**

## ORDER

Before the Court is appellant's document labeled "Notice of Appeal to Orders Signed by First Administrative Judicial Regional Judge Murphy (referred) and Request to Consolidate, and Permission to File Petition for Writ of Mandamus." Appellant appears to be complaining about three orders denying her recusal motions. Two of the orders are in trial court cause number 01-09-843, the subject of this appeal. Accordingly, we **GRANT** the motion to the extent that appellant may address these two orders in her amended brief that is due on June 8, 2015.

The third order is in trial court cause number 1-15-76. We **GRANT** the motion with respect to this third order to the extent that we **DIRECT** the Clerk of this Court to treat it as a notice of appeal and assign it a new appellate cause number.

We **DENY** the motion in all other respects.

/s/    ELIZABETH LANG-MIERS
        JUSTICE
